# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | |
|---|---|
| **JULIO RAMIREZ, ET AL.** | **CIVIL ACTION NO. 2:15-1448** |
| **VERSUS** | **UNASSIGNED DISTRICT JUDGE** |
| **PNK LAKE CHARLES LLC, ET AL.** | **MAG. JUDGE CAROL WHITEHURST** |

## JUDGMENT

For the reasons contained in the Report and Recommendation [Doc. No. 71], as amended and supplemented by the Supplemental Report and Recommendation [Doc. No. 84] of the Magistrate Judge filed previously herein, and after a *de novo* review of the entire record, including the written objections and responses to the Report and Recommendation and Supplemental Report and Recommendation, and concurring with the Magistrate Judge's findings under the applicable law,

**IT IS ORDERED** that the Motions for Summary Judgment [Doc. Nos. 43 & 58] are **DENIED.**

MONROE, LOUISIANA, this 28th day of February, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE